JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
LAURA A. COX (State Bar No. 296147)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREA GONZALES, THE ESTATE OF DENNY GONZALES, | Case No. |
|---|---|
| Plaintiffs, | **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) TO U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA** |
| vs. | |
| CITY OF ANTIOCH; and DOES 1 through 50, inclusive, | |
| Defendants. | **(FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant CITY OF ANTIOCH hereby removes to this Court the state court action described below.

On July 29, 2013, an action was commenced in the Superior Court of the State of California in and for the County of Contra Costa, entitled *Andrea Gonzales, The Estate of Denny Gonzales (Plaintiffs) v. City of Antioch; and Does 1 through 50, inclusive (Defendants)*, as case number C13-01600.   Attached hereto as **Exhibit A** is a copy of the summons served on Defendant in this state action.   Attached hereto as **Exhibit B** is a copy of the initial Complaint served on Defendant in this state action.   Defendant filed an Answer to the initial Complaint, which is attached hereto as **Exhibit C**.

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    On September 19, 2014, Plaintiffs, after leave was sought and granted, filed a First

2    Amended Complaint ("FAC") in this matter, which is attached hereto as **Exhibit D**.  This FAC

3    added in a new Plaintiff, as well as added in several federal constitutional claims per the Fourth

4    and Fourteenth Amendments.  Defendant received a copy of said FAC on October 10, 2014,

5    when a copy of the FAC from the state court was served on counsel for Defendant City of

6    Antioch.  Defendant now provides timely notice of removal of this action per 28 U.S.C. §§ 1446

7    and 1441(c).

8                              **GROUNDS FOR REMOVAL**

9    This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331

10   (federal question), and is one which may be removed to this Court by Defendant pursuant to the

11   provisions of 28 U.S.C. § 1441(c), in that Plaintiffs' Third and Fourth Causes of Action in their

12   FAC arise under the U.S. Constitution.  Specifically, Plaintiffs' Third Cause of Action in their

13   FAC, brought under "42 U.S.C. §§ 1983, 1986", alleges that "the shooting and use of lethal force

14   by defendants against Denny Gonzales…was without purpose or justification in law, objectively

15   unreasonable, unnecessary and excessive, not privileged in any way or protected by qualified

16   immunity, and in violation of the Fourth Amendment to the United States Constitution."  (**Exh.**

17   **B**, ¶ 34).  Clearly, this is a Fourth Amendment claim.  As such, the Court has original jurisdiction

18   under 28 U.S.C. § 1331 and removal is proper.

19   Likewise, Plaintiffs' Fourth Cause of Action in their FAC, brought under "42 U.S.C §

20   1983", alleges that Defendants "deprived Plaintiffs of the familial relationship with their husband

21   and father, thereby violating Plaintiffs' rights under the Fourteenth Amendments [sic] of the

22   United States Constitution."  (Id., ¶ 41).  Thus, Plaintiffs are attempting to bring a Fourteenth

23   Amendment claim arising under the U.S. Constitution. As such, the Court has original

24   jurisdiction under 28 U.S.C. § 1331 and removal is proper.

25   Defendant is unaware of any other defendants who have been served with a Summons and

26   the FAC and thus no joinder to this removal is necessary.  The undersigned will be representing

27   the CITY OF ANTIOCH.  Plaintiffs are represented by David Yen, Esq.

28

DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) TO U.S. DISTRICT CT

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   Dated:  October 22, 2014

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP


By: _____
    James V. Fitzgerald, III
    Noah G. Blechman
    Laura A. Cox
    Attorneys for Defendant
    CITY OF ANTIOCH

DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) TO U.S. DISTRICT CT

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** CITY OF ANTIOCH; and DOES 1 through 50,
*(AVISO AL DEMANDADO):* inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** ANDREA GONZALES, THE
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* ESTATE OF DENNY
GONZALES

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED

2013 JUL 29 P 1: 55

A.J. GAMBOL

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Contra Costa<br>725 Court Street<br>Martinez, California 94553 | **CASE NUMBER:**<br>*(Número de Caso):*<br>C · 1 3 - 0 1 6 0 0 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: ROBERT E. CARTWRIGHT, JR.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* DAVID G. YEN

THE CARTWRIGHT LAW FIRM, INC.
222 FRONT STREET, FIFTH FLOOR, SAN FRANCISCO, CA 94111      415.433.0444

DATE: **JUL 2 9 2013**      Clerk, by _A.J. GAMBOL_, Deputy
*(Fecha)*      *(Secretario)*      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

RECEIVED
AUG 19 2013
CITY OF ANTIOCH
CITY ATTORNEY

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
WestLaw Doc & Form Builder™

# EXHIBIT B

1  ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
   DAVID G. YEN, ESQ. (SBN: 234550)
2  THE CARTWRIGHT LAW FIRM, INC.
   222 Front Street, 5th Floor
3  San Francisco, CA  94111
   Telephone: (415) 433-0444
4  Fax: (415) 433-0449

5  Attorneys for Plaintiffs Andrea Gonzales, The Estate of Denny Gonzales

FILED

2013 JUL 29 P 1:59

6

7  SUPERIOR COURT (UNLIMITED JURISDICTION) OF THE STATE OF CALIFORNIA

8  COUNTY OF CONTRA COSTA

9
   ANDREA GONZALES, THE ESTATE OF     )   Case No.  C - 13 - 0 1 6 0 0
10 DENNY GONZALES,                     )
                                       )
11      Plaintiffs,                    )   COMPLAINT FOR DAMAGES
                                       )
12                                     )
   vs.                                 )   Negligence [Government Code § 815.2(a)];
13                                     )   Battery (Civil); Claim for Punitive Damages
                                       )
14 CITY OF ANTIOCH; and DOES 1 through )   (Non-Vehicle Related;  Jury Trial
   50, inclusive;                      )   Demanded)
15                                     )
                                       )   BY FAX
16      Defendants.                    )
                                       )
17                                     )
                                       )
18                                     )   PER LOCAL RULE 5 THIS
                                       )   CASE IS ASSIGNED TO
19                                     )   DEPT ..... 6

20
21      Comes now Plaintiffs ANDREA GONZALES and THE ESTATE OF DENNY

22 GONZALES (hereinafter "Plaintiffs"), by and through their attorneys The Cartwright Law

23 Firm, Inc. and files this Complaint for Damages against the above-named Defendants, and each

24 of them.

25

26                          **GENERAL ALLEGATIONS**

27

28                                                      RECEIVED

29                                                      AUG 19 2013

                                                        CITY OF ANTIOCH
                                                        CITY ATTORNEY

                              Page 1

COMPLAINT FOR DAMAGES

1.      Plaintiff ANDREA GONZALES is and was during all times relevant to this action, an individual residing in the State of California. ANDREA GONZALES is the lawful spouse and heir at law to Denny Gonzales. ANDREA GONZALES is also the personal representative of the ESTATE OF DENNY GONZALES and authorized to act on its behalf.

2.      Defendant CITY OF ANTIOCH is and was at all times relevant to this action a government entity organized and existing under and by virtue of the laws of the State of California.

3.      Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, and therefore sues these Defendants by fictitious names.  Plaintiff will amend this complaint to allege the true names and capacities of these Defendants when ascertained.  Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named Defendants is legally responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by the Defendants' actions.

4.      At all times relevant hereto, Defendants DOES 1 through 50 were individuals, partnerships, corporations, business associations, governments, or other types of associations and/or entities, and were either residents of the State of California or were subject to the jurisdiction of the State of California.

5.      At all times relevant hereto Defendants DOES 1 through 50 were the agents, servants, employees, and/or joint venturers of each other, and the acts described hereinafter occurred while said Defendants were acting within the course and scope of said agency, servitude, employment, and/or venture.

6.      On or about December 27, 2012 Plaintiff properly filed a government claim with the City of Antioch. A true and correct copy of this claim is attached hereto as Exhibit A.

COMPLAINT FOR DAMAGES

7.     On March 26, 2013, City of Antioch rejected Plaintiff's government claim in a letter. A true and correct copy of this letter is attached hereto as Exhibit B.

8.     At all times relevant hereto, Defendant Does 11 through 50 were police officers, deputies, and other agents employed by the Antioch Police Department, a division within the City of Antioch. Defendant City of Antioch is therefore vicariously liable for the negligent and other acts of Defendant Does 10 through 50.

9.     On or about June 28, 2012, in the afternoon, Plaintiff Decedent Denny Gonzales was standing in front of his residence at 4849 Lefebrve Way in the City of Antioch, California. Members of the Antioch Police Department fired numerous shots and killed Gonzales without provocation.

10.     Earlier in the day Plaintiff Decedent Gonzales had telephoned 911 and indicated that he was experiencing severe emotional distress.

11.     Plaintiffs are informed and believe, and thereon allege, that at no time prior to the shooting did any member of the Antioch Police Department attempt to establish communications with Gonzales.

12.     Plaintiffs are informed and believe, and thereon allege, that no time was a crisis counselor or police psychologist present at the scene where Gonzales was ultimately shot and killed.

## FIRST CAUSE OF ACTION - NEGLIGENCE (GOVERNMENT CODE § 815.2(a)))

PLAINTIFFS COMPLAIN OF DEFENDANTS, AND DOES 1 THROUGH 50, INCLUSIVE, AND EACH OF THEM, AND FOR A CAUSE OF ACTION FOR NEGLIGENCE ALLEGE:

13.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

COMPLAINT FOR DAMAGES

14.     On or about June 28, 2012, Defendants so wantonly, recklessly, negligently and carelessly responded to a call for distress at Plaintiff Decedent Denny Gonzales' residence so as to cause Plaintiff to be shot and killed.

15.     This occurrence was a direct and proximate cause of Denny Gonzales' death and damages to Plaintiffs.

16.     As a result of said occurrence, Plaintiff Andrea Gonzales suffered extraordinary losses and damages as a result of Denny Gonzales' death, including but not limited to loss of companionship, support, love, affection, advice, comfort, and solace.

17.     Defendants, and each of them, had a duty to ensure that Plaintiff Decedent Denny Gonzales, a citizen engaged in lawful activities on his property, was not subject to an unreasonable risk of harm through their actions.

18.     Negligent or wrongful acts or omissions by members of the Antioch Police Department, employees of CITY OF ANTIOCH working in the course and scope of their employment, caused Denny Gonzales' death and Plaintiffs' injuries. These negligent and wrongful acts or omissions include, but are not limited to, failing to communicate with Plaintiff Decedent Gonzales, failing to alert Plaintiff Decedent Gonzales of the presence of law enforcement on or near his property, and shooting and killing Plaintiff Decedent Gonzales.

19.     The negligence and recklessness of Defendants, and each of them, were a direct and proximate cause of Plaintiffs' injuries.

20.     As a result of Gonzales' death, Plaintiffs have been generally damaged in a sum in excess of the jurisdictional limits of the Superior Court.

21.     Plaintiffs have incurred liability for physicians, surgeons, nurses, hospital care, medicine, x-rays and other medical treatment, the true and exact amount thereof being

COMPLAINT FOR DAMAGES

unknown to Plaintiffs at this time, and Plaintiffs pray leave to amend this Complaint accordingly when the true and exact cost thereof is ascertained.

22.     Plaintiffs have lost pre-judgment interest pursuant to Civil Code §3291, the exact amount of which Plaintiffs pray leave to insert herein when finally ascertained.

23.     Plaintiffs herein anticipate the filing of an Offer to Compromise pursuant to Code of Civil Procedure §998 and, upon filing of said offer, is entitled to interest on the amount of any judgment obtained in favor of Plaintiffs, provided said judgment exceeds the amount stated in said Offer, said interest to be computed from the date of filing of said Offer to Compromise.

24.     As a further, direct and proximate result of the conduct of Defendants, and each of them, Plaintiffs have incurred damages attributable to an ascertainable economic value, as herein alleged.  Plaintiffs are thus entitled to prejudgment interest on said damages attributable to an ascertainable economic value pursuant to Civil Code §3288.

WHEREFORE, Plaintiffs pray relief as hereinafter set forth.

## SECOND CAUSE OF ACTION – BATTERY (CIVIL)

PLAINTIFFS COMPLAIN OF DEFENDANT DOES 11 THROUGH 50, AND EACH OF THEM, AND FOR A CAUSE OF ACTION FOR BATTERY (CIVIL) ALLEGE:

25.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

26.     Every person, including Plaintiff, has the right of protection from bodily restraint or harm.  Civil Code, §43.  Additionally, every person, including Plaintiff, has the right to live without being put in fear of personal harm.  Lowry v. Standard Oil Company of California (1944) 63 Cal.App.2d 1, 7.  This civil cause of action for battery is based upon Defendants' invasion of Plaintiff's right to live without bodily restraint or harm.

COMPLAINT FOR DAMAGES

27.     On or about June 28, 2012, Defendants intended to perform an act that resulted in harmful and/or offensive contact to Plaintiff Decedent Denny Gonzales.

28.     Defendants' contact with Plaintiff Decedent Gonzales was harmful and/or offensive to Gonzales, and it would have been harmful and/or offensive to a reasonable person.

29.     Plaintiff Decedent Gonzales did not consent to Defendants' contact with him.

30.     Plaintiff Decedent Gonzales was harmed and killed as a direct and proximate result of this act or unlawful conduct on the part of Defendants.

31.     Defendants engaged in despicable conduct which was carried on by Defendants with a willful and conscious disregard of the rights or safety of others, including Plaintiff Decedent Gonzales.  Defendants engaged in despicable conduct that subjected Plaintiff Decedent Gonzales to cruel and unjust hardship in conscious disregard of Gonzales' rights.  Defendants' conduct resulted in damages to Plaintiff Andrea Gonzales, who was the lawful spouse of Plaintiff Decedent Denny Gonzales.  Defendants' intentional conduct, described above, makes Defendants liable to Plaintiffs for punitive damages.  Plaintiffs, therefore, hereby request such damages pursuant to Civil Code §3294.

WHEREFORE, Plaintiffs pray relief as hereinafter set forth.

## CLAIM FOR PUNITIVE DAMAGES
### (Civil Code §3294)

PLAINTIFFS COMPLAIN OF DEFENDANT DOES 11 THROUGH 50, AND EACH OF THEM, AND FOR A CLAIM FOR PUNITIVE DAMAGES ALLEGE:

32.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

33.     Defendants intentionally battered and killed Plaintiff Decedent Denny Gonzales without any justification.

COMPLAINT FOR DAMAGES

34.     The conduct and acts of Defendants, and each of them, as hereinabove set forth, constitutes malice and oppression.  Defendants' actions were in conscious disregard of Plaintiff Decedent's rights.  Plaintiffs are entitled to punitive damages, which would serve to punish and make examples of the Defendants, and each of them, as the jury may deem just and proper.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1.     For general damages according to proof;

2.     For medical and incidental damages according to proof;

3.     For prejudgment interest according to proof pursuant to Civil Code §3291;

4.     For Plaintiffs' costs of suit herein;

5.     For any such other and further relief which this Court deems just and proper.

WHEREFORE, Plaintiffs pray for judgment against Defendant Does 11 through 50, inclusive, and each of them, as follows:

1.     For punitive damages.

Dated: July 24, 2013                    THE CARTWRIGHT LAW FIRM, INC.


By: _____
        ROBERT E. CARTWRIGHT, JR., ESQ.
        DAVID G. YEN, ESQ.
        *Attorneys for Plaintiffs*

Page 7

COMPLAINT FOR DAMAGES

# EXHIBIT "A"

# CLAIM PRESENTED TO THE CITY OF ANTIOCH

FORM 4.1

*Please read the instructions on the back before completing.*

| | |
|---|---|
| 1. Claimant's Name: *(Please Print)* <br> Andrea Gonzales <br><br> Claimant's Address: <br> P.O. Box 3703 <br><br> City, State, Zip: <br> Antioch, CA, 94531 <br><br> Day Phone: (925) 550-7019   Eve: (925) 550-7019 | Reserved for Filing Stamp <br><br><br><br><br> City Claim No.: <br> Police Report No.: |

**2. When did the damage or injury occur?**

Month: June    Day: 28    Year: 2012    Time: _____ a.m. or p.m.

**3. At which location did the damage or injury occur?**

4849 Lefebvre Way, Antioch, CA 94531

**4. a. What happened and why is the City responsible?**

Please see attached pleading

   b. Name and position of responsible City Employee(s), if known:

Please see attached pleading

**5. What damage or injury occurred?**

Please see attached pleading

**6. Claim amount (only if less than $10,000):**

Please see attached pleading

If the amount exceeds $10,000, please check the court for appropriate jurisdiction:

_____ Municipal Court (claims up to $25,000)    __X__ Superior Court (claims over $25,000)

**7. How did you arrive at the amount claimed? Please attach documentation.**

Please see attached pleading

**8.** I declare under penalty of perjury under the laws of the State of California that the following information is true and correct, and that this declaration was executed on December 21, 2012 at San Francisco _____ CA.

_____
Signature of Claimant or Representative

**9. Official Notices and Correspondence**

*If represented by an insurance company or an attorney, please provide the information requested below:*

Name and Capacity: *(please print)*   The Cartwright Law Firm

Address:   222 Front Street, Fifth floor

City, State, Zip:   San Francisco, California, 94111

Daytime Phone:   (415) 433-0444    Evening: _____

ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
DAVID G. YEN, ESQ. (SBN: 234550)
The Cartwright Law Firm, Inc.
222 Front Street, 5th Floor
San Francisco, CA 94111
Phone: (415) 433-0444
Facsimile: (415) 433-0449

Attorneys for Claimants ANDREA GONZALES

|  |  |  |
|---|---|---|
| ANDREA GONZALES, THE ESTATE OF DENNY GONZALES, | ) ) ) | **GOVERNMENT CLAIM** |
| Claimants, | ) ) | |
| vs. | ) ) | |
| CITY OF ANTIOCH (a government entity); ANTIOCH POLICE DEPARTMENT (a government entity); and DOES 1 through 50, inclusive; | ) ) ) ) ) ) | |
| Respondents. | ) ) ) ) ) | |

**Name and Address of Claimant:**

ANDREA GONZALES and THE ESTATE OF DENNY GONZALES, c/o Robert E.
Cartwright, Jr., Esq. and David G. Yen, Esq.; The Cartwright Law Firm, Inc.; 222 Front Street,
5th Floor; San Francisco, CA 94111. Telephone: (415) 433-0444. (Claimants may only be
contacted through their counsel, The Cartwright Law Firm, Inc.)

Page 1

GOVERNMENT CLAIM

**Post Office Address for Notices**:

Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.; The Cartwright Law Firm, Inc.; 222 Front Street, 5th Floor; San Francisco, CA 94111.

**Date, Place, and Other Circumstances of the Occurrence**:

*Date, Time & Place*: This incident occurred at 4849 Lafebvre Way in the City of Antioch, State of California in the afternoon of June 28, 2012.

*Circumstances*: On June 28, 2012, Plaintiff decedent Denny Gonzales was shot and killed by members of the Antioch Police Department while outside his residence at 4849 Lafebvre Way.

*Liability*: The following government entities are responsible for Claimants' injuries and damages, and are liable to Claimants: CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT. These government entities negligently responded to a crisis situation involving Denny Gonzales on June 28, 2012. These government entities' negligence were the direct and proximate cause of the death of Denny Gonzales, and therefore damages to Claimants.

Claimants reserve the right to pursue all their claims against these named and unnamed public employees and government entities at common law (where allowed) and under all applicable statutes, both state and federal, including but not limited to Government Code section 815, et seq., all applicable regulations, and in equity.

CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT, their employees, both named and unnamed, are liable pursuant to, but not limited to, the following: various

GOVERNMENT CLAIM

provisions of the Constitutions of the State of California and the Federal Constitution. CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT, their employees, both named and unnamed, are liable to Claimants for, *inter alia*, negligence, negligence per se, negligent infliction of emotional distress, and wrongful death. CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT are liable under the doctrine of *respondeat superior* and applicable statutes, for all torts committed against the Claimants by any of their employees and agents, named and unnamed.

**Names of witnesses:**

Claimants are not aware of the names of witnesses at this time, other than members of the Antioch Police Department. Discovery and investigation are continuing at this time in order to ascertain the identities of witnesses to this incident.

**General Description of the Injury and Damages Known at this Time:**

Denny Gonzales died as a result of multiple gunshot wounds. As a result of Denny Gonzales' death, Claimants have incurred significant damages. These damages include, but are not limited to, economic and non-economic damages. Claimants' economic damages include, but are not limited to past medical bills and funeral expenses. Claimants' non-economic damages include, but are not limited to general damages for wrongful death which include loss of companionship, society, comfort, care, assistance, protection, love, affection, and support.

**Name(s) of Public Employee(s) Causing the Injury and Damages:**

GOVERNMENT CLAIM

1    Various members of the Antioch Police Department. Discovery and investigation are

2  continuing. Claimant reserves the right to amend this Claim if names of employees are

3  discovered.

4

5

6  **Amount Claimed:**

7    Jurisdiction is in Contra Costa County Superior Court, Unlimited Jurisdiction, damages

8  according to proof. Claimant is unable to estimate the amount of damages at this time.

9

10

11  **Name and Address of Representative:**

12    Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.; The Cartwright Law Firm,

13  Inc.; 222 Front Street, 5th Floor; San Francisco, CA 94111. Telephone: (415) 433-0444.

14  DATED: December 21, 2012          THE CARTWRIGHT LAW FIRM, INC.

15

16                    By:

17                        Robert E. Cartwright, Jr., Esq.
                          David G. Yen, Esq.
18                        *Attorneys for Claimants*

19

20

21

22

23

24

25

26

27

28

29

Page 4

GOVERNMENT CLAIM

DAVID G. YEN, ESQ. (SBN 234550)
THE CARTWRIGHT LAW FIRM, INC.
222 FRONT STREET, 5TH FLOOR
SAN FRANCISCO, CA 94111
(415) 433-0444
Attorney(s) for: CLAIMANTS, ANDREA GONZALES
Ref: 3188779

ANDREA GONZALES, THE ESTATE OF DENNY GONZALES
vs. CITY OF ANTIOCH (A GOVERNMENT ENTITY); ANTIOCH POLICE
DEPARTMENT (A GOVERNMENT ENTITY), et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT | |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: GOVERNMENT CLAIM, RE: ANDREA GONZALES

2. a. Party served:     CITY OF ANTIOCH (A GOVERNMENT ENTITY)

  b. Witness served:     CHRISTINA GARCIA, DEPUTY CITY CLERK, ACCEPTED SERVICE OF PROCESS ON BEHALF OF THE CITY OF ANTIOCH (A GOVERNMENT ENTITY).

  c. Address:     200 "H" STREET
                    ANTIOCH, CA 94531

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:     12-27-2012     (2) at:     11:12AM

4. I received this document for service on (date): DECEMBER 26, 2012

5. Person Who Served Papers:
a. DORIS MIRANDA
b. Service Provided for:
   NATIONWIDE LEGAL, LLC
   859 HARRISON STREET, SUITE A
   SAN FRANCISCO, CALIFORNIA 94107 (LA 12-234648)
c. (415) 351-0400

d. The Fee for service was $
e. I am: Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 889
   (3) County : SAN FRANCISCO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 3, 2013

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE

# CLAIM PRESENTED TO THE CITY OF ANTIOCH

*Please read the instructions on the back before completing.*                    FORM 4.1

| | |
|---|---|
| **1. Claimant's Name:** *(Please Print)* <br> The Estate of Denny Gonzales <br> **Claimant's Address:** <br> P.O. Box 3703 <br> **City, State, Zip:** <br> Antioch, CA 94531 <br><br> Day Phone: (925) 550-7019   Eve: (925) 550-7019 | **Reserved for Filing Stamp** <br><br><br><br><br><br> City Claim No.: |

**2. When did the damage or injury occur?**                 Police Report No.:
Month:   June      Day:  28    Year:   2012   Time:
a.m. or p.m.

**3. At which location did the damage or injury occur?**
4849 Lefebvre Way, Antioch, CA 94531

**4. a. What happened and why is the City responsible?**

Please see attached pleading

   **b.  Name and position of responsible City Employee(s), if known:**

Please see attached pleading

**5. What damage or injury occurred?**

Please see attached pleading

**6. Claim amount (only if less than $10,000):**
Please see attached pleading
   If the amount exceeds $10,000, please check the court for appropriate jurisdiction:
   _____ Municipal Court (claims up to $25,000)    X  Superior Court (claims over $25,000)

**7. How did you arrive at the amount claimed? Please attach documentation.**

Please see attached pleading

**8. I declare under penalty of perjury under the laws of the State of California that the following information is true and correct, and that this declaration was executed on** December 21, 2012, **at** San Francisco, **CA.**

*Signature of Claimant or Representative*

**9. Official Notices and Correspondence.**
*If represented by an insurance company or an attorney, please provide the information requested below:*

Name and Capacity:*(please print)*     The Cartwright Law Firm

Address:                              222 Front Street, Fifth floor

City, State, Zip:                     San Francisco, California  94111

Daytime Phone:        (415) 433-0444     Evening: _____

ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
DAVID G. YEN, ESQ. (SBN: 234550)
The Cartwright Law Firm, Inc.
222 Front Street, 5th Floor
San Francisco, CA 94111
Phone: (415) 433-0444
Facsimile: (415) 433-0449

Attorneys for Claimants  ANDREA GONZALES

| | |
|---|---|
| ANDREA GONZALES, THE ESTATE OF DENNY GONZALES,<br><br>    Claimants,<br><br>    vs.<br><br>CITY OF ANTIOCH (a government entity);  ANTIOCH POLICE DEPARTMENT (a government entity); and DOES 1 through 50, inclusive;<br><br>    Respondents. | **GOVERNMENT CLAIM** |

### Name and Address of Claimant:

    ANDREA GONZALES and THE ESTATE OF DENNY GONZALES, c/o Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.;  The Cartwright Law Firm, Inc.;  222 Front Street, 5th Floor;  San Francisco, CA  94111.  Telephone:  (415) 433-0444. (Claimants may only be contacted through their counsel, The Cartwright Law Firm, Inc.)

GOVERNMENT CLAIM

**Post Office Address for Notices:**

Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.;  The Cartwright Law Firm, Inc.; 222 Front Street, 5th Floor;  San Francisco, CA  94111.

**Date, Place, and Other Circumstances of the Occurrence:**

*Date, Time & Place*: This incident occurred at 4849 Lafebvre Way in the City of Antioch, State of California in the afternoon of June 28, 2012.

*Circumstances*:  On June 28, 2012, Plaintiff decedent Denny Gonzales was shot and killed by members of the Antioch Police Department while outside his residence at 4849 Lafebvre Way.

*Liability*:  The following government entities are responsible for Claimants' injuries and damages, and are liable to Claimants:  CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT. These government entities negligently responded to a crisis situation involving Denny Gonzales on June 28, 2012.  These government entities' negligence were the direct and proximate cause of the death of Denny Gonzales, and therefore damages to Claimants.

Claimants reserve the right to pursue all their claims against these named and unnamed public employees and government entities at common law (where allowed) and under all applicable statutes, both state and federal, including but not limited to Government Code section 815, et seq., all applicable regulations, and in equity.

CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT, their employees, both named and unnamed, are liable pursuant to, but not limited to, the following: various

GOVERNMENT CLAIM

provisions of the Constitutions of the State of California and the Federal Constitution. CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT, their employees, both named and unnamed, are liable to Claimants for, *inter alia*, negligence, negligence per se, negligent infliction of emotional distress, and wrongful death. CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT are liable under the doctrine of *respondeat superior* and applicable statutes, for all torts committed against the Claimants by any of their employees and agents, named and unnamed.

**Names of witnesses:**

Claimants are not aware of the names of witnesses at this time, other than members of the Antioch Police Department. Discovery and investigation are continuing at this time in order to ascertain the identities of witnesses to this incident.

**General Description of the Injury and Damages Known at this Time:**

Denny Gonzales died as a result of multiple gunshot wounds. As a result of Denny Gonzales' death, Claimants have incurred significant damages. These damages include, but are not limited to, economic and non-economic damages. Claimants' economic damages include, but are not limited to past medical bills and funeral expenses. Claimants' non-economic damages include, but are not limited to general damages for wrongful death which include loss of companionship, society, comfort, care, assistance, protection, love, affection, and support.

**Name(s) of Public Employee(s) Causing the Injury and Damages:**

GOVERNMENT CLAIM

Various members of the Antioch Police Department. Discovery and investigation are continuing. Claimant reserves the right to amend this Claim if names of employees are discovered.

**Amount Claimed:**

Jurisdiction is in Contra Costa County Superior Court, Unlimited Jurisdiction, damages according to proof. Claimant is unable to estimate the amount of damages at this time.

**Name and Address of Representative:**

Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.; The Cartwright Law Firm, Inc.; 222 Front Street, 5th Floor; San Francisco, CA 94111. Telephone: (415) 433-0444.

DATED: December 21, 2012          THE CARTWRIGHT LAW FIRM, INC.

By: _____
      Robert E. Cartwright, Jr., Esq.
      David G. Yen, Esq.
      *Attorneys for Claimants*

GOVERNMENT CLAIM

ATTORNEY OR PARTY WITHOUT ATTORNEY (n.    ~ Address)                                          FOR COURT USE ONLY
ROBERT E. CARTWRIGHT, JR.,    Q. (SBN 104284)
DAVID G. YEN, ESQ. (SBN 234550)
THE CARTWRIGHT LAW FIRM, INC.
222 FRONT STREET, 5TH FLOOR
SAN FRANCISCO, CA 94111
(415) 433-0444
Attorney(s) for: CLAIMANTS, ANDREA GONZALES
Ref: 3189508

ANDREA GONZALES, THE ESTATE OF DENNY GONZALES
vs. CITY OF ANTIOCH (A GOVERNMENT ENTITY); ANTIOCH POLICE
DEPARTMENT (A GOVERNMENT ENTITY), et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT | |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
GOVERNMENT CLAIM, RE: THE ESTATE OF DENNY GONZALES

2. a. Party served:           CITY OF ANTIOCH (A GOVERNMENT ENTITY)

   b. Witness served:      CHRISTINA GARCIA, DEPUTY CITY CLERK, ACCEPTED SERVICE OF
                           PROCESS ON BEHALF OF THE CITY OF ANTIOCH (A GOVERNMENT ENTITY).

   c. Address:             200 "H" STREET
                           ANTIOCH, CA 94531

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:          12-27-2012          (2) at:          11:12AM

4. I received this document for service on (date): DECEMBER 26, 2012

5. Person Who Served Papers:
a. DORIS MIRANDA                                    d. The Fee for service was $
b. Service Provided for:                            e. I am: Registered California Process Server
   NATIONWIDE LEGAL, LLC                               (1) Employee or independent contractor
   859 HARRISON STREET, SUITE A                        (2) Registration No.: 889
   SAN FRANCISCO, CALIFORNIA 94107 (LA 12-234648)      (3) County : SAN FRANCISCO
c. (415) 351-0400

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 3, 2013

Rule 982(a)(23) Judicial Council of California
                                    PROOF OF SERVICE

# EXHIBIT "B"



*(handwritten notes: "7/26/13 –", "L-10 to file Complaint", "( 6 months from 3-26-13 )", "by")*

March 28, 2013

The Estate of Denny Gonzales
c/o The Cartwright Law Firm
222 Front Street, Fifth Floor
San Francisco, CA  94111

NOTICE IS HEREBY GIVEN that the claim you presented to the City of Antioch on December 27, 2012 was REJECTED by the City Council on March 26, 2013.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date that this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. This warning does not extend the statute of limitations involving any federal cause of action.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult with an attorney, you should do so immediately.

Sincerely,

*(signature)*

CHRISTINA GARCIA
Deputy City Clerk

cc:    Lynn Tracy Nerland, City Attorney
       Anthony S. Allenza, Risk Management

*Office of the City Clerk*
*200 H Street*
*P. O. Box 5007*
*Antioch CA  94531-5007*
*(925) 779-7009*

(PROOF OF SERVICE BY MAIL - 1013 a, 2015.5 C.C.P.)

STATE OF CALIFORNIA   )
COUNTY OF CONTRA COSTA) ss

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is Office of the City Clerk for the City of Antioch, 200 "H" Street, P.O. Box 5007, Antioch, California 94531-5007. On March 28, 2013, I served the within Notice, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Antioch, California addressed as follows:

The Estate of Denny Gonzales
c/o The Cartwright Law Firm
222 Front Street, Fifth Floor
San Francisco, CA  94111

I, Christina Garcia, certify (or declare), under penalty of perjury, that the foregoing is true and correct. Executed on March 28, 2013, at Antioch, California.



March 28, 2013

Andrea Gonzales
c/o The Cartwright Law Firm
222 Front Street, Fifth Floor
San Francisco, CA 94111

Dear Ms. Gonzales:

NOTICE IS HEREBY GIVEN that the claim you presented to the City of Antioch on December 27, 2012 was REJECTED by the City Council on March 26, 2013.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date that this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. This warning does not extend the statute of limitations involving any federal cause of action.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult with an attorney, you should do so immediately.

Sincerely,

CHRISTINA GARCIA
Deputy City Clerk

cc:   Lynn Tracy Nerland, City Attorney
      Anthony S. Allenza, Risk Management

*Office of the City Clerk*
*200 H Street*
*P. O. Box 5007*
*Antioch CA 94531-5007*
*(925) 779-7009*

(PROOF OF SERVICE BY MAIL - 1013 a, 2015.5 C.C.P.)

STATE OF CALIFORNIA   )
COUNTY OF CONTRA COSTA) ss

I am a citizen of the United States and a resident of the county aforesaid; I am over the

age of eighteen years and not a party to the within entitled action; my business address

is Office of the City Clerk for the City of Antioch, 200 "H" Street, P.O. Box 5007, Antioch,

California 94531-5007. On March 28, 2013, I served the within Notice, by placing a true

copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the

United States mail at Antioch, California addressed as follows:


                    Andrea Gonzales
                    c/o The Cartwright Law Firm
                    222 Front Street, Fifth Floor
                    San Francisco, CA  94111


I, Christina Garcia, certify (or declare), under penalty of perjury, that the foregoing is

true and correct. Executed on March 28, 2013, at Antioch, California.

# EXHIBIT C

1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  PETRA BRUGGISSER (State Bar No. 241173)
   McNAMARA, NEY, BEATTY, SLATTERY,
3  BORGES & AMBACHER LLP
   1211 Newell Avenue
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile: (925) 939-0203

6  Attorneys for Defendant
   CITY OF ANTIOCH
7

8             SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA

9                         CIVIL - UNLIMITED JURISDICTION

10

11  ANDREA GONZALES, THE ESTATE OF          Case No. C13-01600
    DENNY GONZALES,
12                                          **ANSWER TO COMPLAINT FOR**
            Plaintiffs,                      **DAMAGES**
13
            vs.                              BY FAX
14
    CITY OF ANTIOCH; and DOES 1 through
15  50, inclusive,

16          Defendants.

17

18      COMES NOW, the Defendant, CITY OF ANTIOCH, and in answer to Plaintiffs'

19  complaint herein, and by virtue of the provisions of Section 431.30 of the Code of Civil

20  Procedure, now files its general denial to said unverified complaint, and to each cause of action

21  therein, and in answering all of the allegations of said unverified complaint, this answering

22  Defendant denies each and every, all and singular, the allegations therein contained.

23                              AFFIRMATIVE DEFENSES

24      1.      AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, this

25  answering Defendant alleges that said Complaint fails to state facts sufficient to constitute a cause

26  of action against this answering Defendant.

27

28

                        ANSWER TO COMPLAINT FOR DAMAGES

2.     AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs have failed to state facts sufficient to support a prayer for punitive damages against this answering Defendant in Plaintiffs' Complaint herein.

3.     AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, this answering Defendant alleges that at all times and places mentioned in the Complaint herein, the Plaintiffs' decedent failed to mitigate the amount of his damages, if any. The damages claimed by Plaintiffs could have been mitigated by due diligence on the part of Plaintiffs' decedent or by one acting under similar circumstances. The Plaintiffs' decedent's failure to mitigate is a bar to Plaintiffs recovery under the Complaint.

4.     AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs' decedent's own negligence in and about the matters alleged in their Complaint herein was the sole proximate cause of the happening of the accident, and of the injuries, loss and damages complained of, if any there were, and said negligence on the part of Plaintiffs' decedent bars recovery to Plaintiffs or, in the alternative, that said Plaintiffs' decedent's negligence in and about the matters alleged in the Complaint herein proximately contributed to the happening of the accident and to the injuries, loss and damages complained of, if any there were, and said negligence on the part of Plaintiffs' decedent requires that any damages awarded Plaintiffs' decedent shall be diminished as required by the law of the State of California in proportion to the amount of fault attached to said Plaintiffs.

5.     AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs have failed to state a cause of action in that each of the causes of action as alleged herein is barred by provisions of Sections 312 through 362 of the California Code of Civil Procedure.

6.     AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs' decedent had full knowledge of all the risks, dangers, and hazards, if any there were, and nevertheless voluntarily and with full appreciation of the amount of danger involved in his actions and the magnitude of the risk involved, assumed the risk of injuries and damages to himself.

ANSWER TO COMPLAINT FOR DAMAGES

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    7.      AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, this

2    answering Defendant alleges that Plaintiffs' decedent's unclean hands preclude any recovery by

3    Plaintiff.

4    8.      AS AND FOR A EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, this

5    answering Defendant alleges that the Plaintiffs' decedent by virtue of his own conduct and

6    omissions has enhanced and materially contributed to the damages, if any there may be, allegedly

7    sustained by Plaintiff as a result of the acts or omissions complained of herein.

8    9.      AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, this

9    answering Defendant alleges that the matters complained of by Plaintiffs, if committed by

10   Defendant, were consented to by Plaintiffs' decedent.

11   10.     AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, this

12   answering Defendant alleges that at all times herein mentioned, the acts complained of, if any

13   there were, were privileged under applicable statutes and case law.

14   11.     AS AND FOR A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

15   this answering Defendant alleges that it is immune from liability herein pursuant to the provisions

16   of California Government Code Sections 810 through 996.6.

17   12.     AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE,

18   this answering Defendant alleges that it is not liable for exemplary or punitive damages pursuant

19   to California Government Code Section 818.

20   13.     AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

21   this answering Defendant alleges that Defendant is immune from liability by virtue of the

22   provisions of Section 815 of the California Government Code.

23   14.     AS AND FOR A FOURTEENTH, SEPARATE AND AFFIRMATIVE

24   DEFENSE, this answering Defendant alleges that at or about the time of the alleged event, the

25   Defendant's Officers were presented with and had in their possession sufficient facts to constitute

26   probable cause  for the arrest of Plaintiffs' decedent.

27

28

15.     AS AND FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering Defendant alleges that only such reasonable force as was necessary and lawful under the circumstances was used by the Defendant's Officers.

16.     AS AND FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs' decedent was himself belligerent, and was threatening the Defendant's Officers and the Defendant's Officers acted in self-defense.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Defendant prays the following relief:

1.     That Plaintiff's take nothing by way of their Complaint herein;

2.     For costs of suit;

3.     For attorney's fees;

4.     For such further relief as this Court may deem just and proper.

Dated:  September 5, 2013              McNAMARA, NEY, BEATTY, SLATTERY,
                                      BORGES & AMBACHER LLP


                                      By: _____
                                          James V. Fitzgerald, III
                                          Noah G. Blechman
                                          Petra Bruggisser
                                          Attorneys for Defendant
                                          CITY OF ANTIOCH

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

4

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **ANSWER TO COMPLAINT FOR DAMAGES** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Attorneys For Plaintiff:**

Robert E. Cartwright, Jr., Esq.
The Cartwright Law Firm
222 Front Street, 5th Floor
San Francisco, CA 94111

Phone: 415-433-0444
Fax: 415-433-0449

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 13, 2013 at Walnut Creek, California.

SABRINA AHIA

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

# EXHIBIT D

F I L E D

SEP 19 2014

STEPHEN H. NASH CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____ Deputy Clerk

M. Merino

1 ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
DAVID G. YEN, ESQ. (SBN: 234550)
2 THE CARTWRIGHT LAW FIRM, INC.
222 Front Street, 5th Floor
3 San Francisco, CA 94111
Telephone: (415) 433-0444
4 Fax: (415) 433-0449

5 Attorneys for Plaintiffs Andrea Gonzales, The Estate of Denny Gonzales, Sakarie Denni-
Nishele Gonzales, through her Guardian Ad Litem, Michelle Mayers
6

7 SUPERIOR COURT (UNLIMITED JURISDICTION) OF THE STATE OF CALIFORNIA

8 COUNTY OF CONTRA COSTA

9
ANDREA GONZALES, THE ESTATE OF )   Case No.  C13-01600     BY FAX
10 DENNY GONZALES, MICHELLE )
MAYERS, as Guardian Ad Litem for )
11 SAKARIE DENNI-NISHELE GONZALES, )   FIRST AMENDED COMPLAINT FOR
)   DAMAGES
12                                        )
13     Plaintiffs,                        )   Negligence [Government Code §815.2(a)];
)   Battery (Civil); Unlawful and Excessive
14     vs.                               )   Force [42 U.S.C. §§ 1983, 1986; Fourth
)   Amendment to the US Constitution];
15 CITY OF ANTIOCH; and DOES 1 through )   Deprivation of Familial Relationship [42
50, inclusive;                        )   U.S.C. § 1983, Fourteenth Amendments to
16                                        )   the US Constitution; Claim for Punitive
)   Damages
17     Defendants.                        )
)
18                                        )   (Non-Vehicle Related;  Jury Trial
)   Demanded)
19                                        )
20                                        )
21                                        )
22                                        )

23
24     Comes now Plaintiffs ANDREA GONZALES, THE ESTATE OF DENNY

25 GONZALES, and MICHELLE MAYERS, as Guardian Ad Litem for SAKARIE DENNI-

26 NISHELE GONZALES (hereinafter "Plaintiffs"), by and through their attorneys The

27 Cartwright Law Firm, Inc. and file this Complaint for Damages against the above-named

28 Defendants, and each of them.

Page 1

FIRST AMENDED COMPLAINT FOR DAMAGES

## GENERAL ALLEGATIONS

1.      Plaintiff ANDREA GONZALES is and was during all times relevant to this action, an individual residing in the State of California. ANDREA GONZALES is the lawful spouse and an heir at law to Denny Gonzales. ANDREA GONZALES is also the personal representative of the ESTATE OF DENNY GONZALES and authorized to act on its behalf.

2.      Plaintiff SAKARIE DENNI-NISHELE GONZALES is the daughter of Andrea Gonzales and Denny Gonzales and an heir at law to Denny Gonzales. SAKARIE DENNI-NISHELE GONZALES is represented through her Guardian Ad Litem, MICHELLE MAYERS.

3.      Defendant CITY OF ANTIOCH is and was at all times relevant to this action a government entity organized and existing under and by virtue of the laws of the State of California.

4.      Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, and therefore sues these Defendants by fictitious names.  Plaintiff will amend this complaint to allege the true names and capacities of these Defendants when ascertained.  Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named Defendants is legally responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by the Defendants' actions.

5.      At all times relevant hereto, Defendants DOES 1 through 50 were individuals, partnerships, corporations, business associations, governments, or other types of associations and/or entities, and were either residents of the State of California or were subject to the jurisdiction of the State of California.

FIRST AMENDED COMPLAINT FOR DAMAGES

6.      At all times relevant hereto Defendants DOES 1 through 50 were the agents,

servants, employees, and/or joint venturers of each other, and the acts described hereinafter

occurred while said Defendants were acting within the course and scope of said agency,

servitude, employment, and/or venture.

7.      On or about December 27, 2012 Plaintiff properly filed a government claim with

the City of Antioch. A true and correct copy of this claim is attached hereto as Exhibit A.

8.      On March 26, 2013, City of Antioch rejected Plaintiff's government claim in a

letter. A true and correct copy of this letter is attached hereto as Exhibit B.

9.      At all times relevant hereto, Defendant Does 11 through 50 were police officers,

deputies, and other agents employed by the Antioch Police Department, a division within the

City of Antioch. Defendant City of Antioch is therefore vicariously liable for the negligent and

other acts of Defendant Does 11 through 50.

10.     On or about June 28, 2012, in the afternoon, Plaintiff Decedent Denny Gonzales

was standing in front of his residence at 4849 Lefebrve Way in the City of Antioch, California.

Members of the Antioch Police Department fired numerous shots and killed Gonzales without

provocation.

11.     Earlier in the day Plaintiff Decedent Gonzales had telephoned 911 and indicated

that he was experiencing severe emotional distress.

12.     Plaintiffs are informed and believe, and thereon allege, that at no time prior to the

shooting did any member of the Antioch Police Department attempt to establish communications

with Gonzales.

FIRST AMENDED COMPLAINT FOR DAMAGES

13.     Plaintiffs are informed and believe, and thereon allege, that at no time was a crisis counselor or police psychologist present at the scene where Gonzales was ultimately shot and killed.

**FIRST CAUSE OF ACTION - NEGLIGENCE (GOVERNMENT CODE § 815.2(a)))**

PLAINTIFFS ANDREA GONZALES AND THE ESTATE OF DENNY GONZALES COMPLAIN OF DEFENDANTS, AND DOES 1 THROUGH 50, INCLUSIVE, AND EACH OF THEM, AND FOR A CAUSE OF ACTION FOR NEGLIGENCE, ALLEGE:

14.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

15.     On or about June 28, 2012, Defendants so wantonly, recklessly, negligently and carelessly responded to a call for distress at Plaintiff Decedent Denny Gonzales' residence so as to cause Plaintiff to be shot and killed.

16.     This occurrence was a direct and proximate cause of Denny Gonzales' death and damages to Plaintiffs.

17.     As a result of said occurrence, Plaintiffs suffered extraordinary losses and damages as a result of Denny Gonzales' death, including but not limited to loss of companionship, support, love, affection, advice, comfort, and solace.

18.     Defendants, and each of them, had a duty to ensure that Plaintiff Decedent Denny Gonzales, a citizen engaged in lawful activities on his property, was not subject to an unreasonable risk of harm through their actions.

19.     Negligent or wrongful acts or omissions by members of the Antioch Police Department, employees of CITY OF ANTIOCH working in the course and scope of their employment, caused Denny Gonzales' death and Plaintiffs' injuries. These negligent and wrongful acts or omissions include, but are not limited to, failing to communicate with Plaintiff

Decedent Gonzales, failing to alert Plaintiff Decedent Gonzales of the presence of law

enforcement on or near his property, and shooting and killing Plaintiff Decedent Gonzales.

20.     The negligence and recklessness of Defendants, and each of them, were a direct

and proximate cause of Plaintiffs' injuries.

21.     As a result of Gonzales' death, Plaintiffs have been generally damaged in a sum

in excess of the jurisdictional limits of the Superior Court.

22.     Plaintiffs have incurred liability for physicians, surgeons, nurses, hospital care,

medicine, x-rays and other medical treatment, the true and exact amount thereof being

unknown to Plaintiffs at this time, and Plaintiffs pray leave to amend this Complaint

accordingly when the true and exact cost thereof is ascertained.

23.     Plaintiffs have lost pre-judgment interest pursuant to Civil Code §3291, the

exact amount of which Plaintiffs pray leave to insert herein when finally ascertained.

24.     Plaintiffs herein anticipate the filing of an Offer to Compromise pursuant to Code

of Civil Procedure §998 and, upon filing of said offer, is entitled to interest on the amount of any

judgment obtained in favor of Plaintiffs, provided said judgment exceeds the amount stated in said

Offer, said interest to be computed from the date of filing of said Offer to Compromise.

25.     As a further, direct and proximate result of the conduct of Defendants, and each

of them, Plaintiffs have incurred damages attributable to an ascertainable economic value, as

herein alleged.  Plaintiffs are thus entitled to prejudgment interest on said damages attributable

to an ascertainable economic value pursuant to Civil Code §3288.

WHEREFORE, Plaintiffs pray relief as hereinafter set forth.

### SECOND CAUSE OF ACTION – BATTERY (CIVIL)

PLAINTIFFS ANDREA GONZALES AND THE ESTATE OF DENNY GONZALES COMPLAIN OF DEFENDANT DOES 11 THROUGH 50, AND EACH OF THEM, AND FOR A CAUSE OF ACTION FOR BATTERY (CIVIL), ALLEGE:

26.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

27.     Every person, including Plaintiff, has the right of protection from bodily restraint or harm.  Civil Code, §43.  Additionally, every person, including Plaintiff, has the right to live without being put in fear of personal harm.  Lowry v. Standard Oil Company of California (1944) 63 Cal.App.2d 1, 7.  This civil cause of action for battery is based upon Defendants' invasion of Plaintiff's right to live without bodily restraint or harm.

28.     On or about June 28, 2012, Defendants intended to perform an act that resulted in harmful and/or offensive contact to Plaintiff Decedent Denny Gonzales.

29.     Defendants' contact with Plaintiff Decedent Gonzales was harmful and/or offensive to Gonzales, and it would have been harmful and/or offensive to a reasonable person.

30.     Plaintiff Decedent Gonzales did not consent to Defendants' contact with him.

31.     Plaintiff Decedent Gonzales was harmed and killed as a direct and proximate result of this act or unlawful conduct on the part of Defendants.

32.     Defendants engaged in despicable conduct which was carried on by Defendants with a willful and conscious disregard of the rights or safety of others, including Plaintiff Decedent Gonzales.  Defendants engaged in despicable conduct that subjected Plaintiff Decedent Gonzales to cruel and unjust hardship in conscious disregard of Gonzales' rights.  Defendants' conduct resulted in damages to Plaintiff Andrea Gonzales, who was the lawful spouse of Plaintiff Decedent Denny Gonzales.  Defendants' intentional conduct, described

FIRST AMENDED COMPLAINT FOR DAMAGES

above, makes Defendants liable to Plaintiffs for punitive damages.  Plaintiffs, therefore, hereby request such damages pursuant to Civil Code §3294.

WHEREFORE, Plaintiffs pray relief as hereinafter set forth.

### THIRD CAUSE OF ACTION – UNLAWFUL AND EXCESSIVE FORCE
(42 U.S.C. §§ 1983, 1986; Fourth Amendment to the US Constitution)

PLAINTIFFS COMPLAIN OF DEFENDANTS, AND EACH OF THEM, AND FOR A CAUSE OF ACTION FOR UNLAWFUL AND EXCESSIVE FORCE, ALLEGE:

33.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

34.     The above-described shooting and use of lethal force by defendants against Denny Gonzales punished him summarily with violence and extinguished his life, was without purpose or justification in law, objectively unreasonable, unnecessary and excessive, not privileged in any way or protected by qualified immunity, and in violation of the Fourth Amendment to the United States Constitution.

35.     Plaintiffs, as the survivors in interest of decedent, are entitled to judgment against the individual defendants who used or aided in the use of the excessive force – and other officers who failed and refused in their duty to intervene to protect persons from lawless police violence.

36.     Defendant City of Antioch is liable for this cause of action because the actions of the individual police officers (1) was caused by customs or policies of the Antioch Police Department; (2) was caused by inadequate training, supervision, and/or discipline of officers by the Antioch Police Department; (3) was caused by deliberate indifference of the Antioch Police Department; and/or (4) was ratified by final decision-makers of the Antioch Police Department.

FIRST AMENDED COMPLAINT FOR DAMAGES

37.     As a proximate and legal result of the conduct of defendants, Plaintiff Decedent Denny Gonzales suffered physical pain and emotional distress and incurred general damages for the deprivation of his constitutional rights.

38.     Defendants acted in reckless and callous disregard for the constitutional rights of decedent, and with willful oppression and malice. Plaintiffs therefore seek an award of punitive damages against defendants.

39.     As a direct, legal, and proximate result of the acts and omissions alleged herein, plaintiffs seek all damages and remedies allowable pursuant to 42 U.S.C. §§ 1983, 1988, the decisional authority of federal civil rights law, and California law.

WHEREFORE, Plaintiffs pray relief as hereinafter set forth.

**FOURTH CAUSE OF ACTION – DEPRIVATION OF FAMILIAL RELATIONSHIP**
**(42 U.S.C. § 1983, Fourteenth Amendments to the US Constitution)**

PLAINTIFFS COMPLAIN OF DEFENDANTS, AND EACH OF THEM, AND FOR A CAUSE OF ACTION FOR DEPRIVATION OF FAMILIAL RELATIONSHIP, ALLEGE:

40.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

41.     By and through the acts and omissions alleged herein, Defendants, and each of them, deprived Plaintiffs of the familial relationship with their husband and father, thereby violating said Plaintiffs' rights under the Fourteenth Amendments of the United States Constitution.

42.     Defendants acted in reckless and callous disregard for the constitutional rights of decedent, and with willful oppression and malice. Plaintiffs therefore seek an award of punitive damages against defendants.

WHEREFORE, Plaintiffs pray relief as hereinafter set forth.

FIRST AMENDED COMPLAINT FOR DAMAGES

## CLAIM FOR PUNITIVE DAMAGES
### (Civil Code §3294)

PLAINTIFFS ANDREA GONZALES AND THE ESTATE OF DENNY GONZALES COMPLAIN OF DEFENDANT DOES 11 THROUGH 50, AND EACH OF THEM, AND FOR A CLAIM FOR PUNITIVE DAMAGES, ALLEGE:

43.     Plaintiffs hereby incorporate by reference into this cause of action all prior paragraphs of this Complaint.

44.     Defendants intentionally battered and killed Plaintiff Decedent Denny Gonzales without any justification.

45.     The conduct and acts of Defendants, and each of them, as hereinabove set forth, constitutes malice and oppression.  Defendants' actions were in conscious disregard of Plaintiff Decedent's rights.  Plaintiffs are entitled to punitive damages, which would serve to punish and make examples of the Defendants, and each of them, as the jury may deem just and proper.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1.     For general damages according to proof;

2.     For medical and incidental damages according to proof;

3.     For prejudgment interest according to proof pursuant to Civil Code §3291;

4.     For Plaintiffs' costs of suit herein;

5.     For attorney's fees;

6.     For punitive damages;

7.     For any such other and further relief which this Court deems just and proper.

FIRST AMENDED COMPLAINT FOR DAMAGES

1    Dated:  September 19, 2014                THE CARTWRIGHT LAW FIRM, INC.

2

3

4                                        By:  _____
                                             ROBERT E. CARTWRIGHT, JR., ESQ.
5                                            DAVID G. YEN, ESQ.
                                             *Attorneys for Plaintiffs*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

FIRST AMENDED COMPLAINT FOR DAMAGES

# EXHIBIT A

## CLAIM PRESENTED TO THE CITY OF ANTIOCH

*Please read the instructions on the back before completing.*                                    FORM 4.1

| | |
|---|---|
| 1. Claimant's Name: (*Please Print*)<br>   Andrea Gonzales<br>Claimant's Address:<br>   P.O. Box 3703<br><br>City, State, Zip:<br>   Antioch, CA, 94531<br><br>Day Phone: (925)  550-7019   Eve: (925)  550-7019 | Reserved for Filing Stamp<br><br><br><br><br><br>City Claim No.: |

2. When did the damage or injury occur?                    Police Report No.:
   Month:  June    Day:  28    Year:  2012   Time:   a.m. or p.m.

3. At which location did the damage or injury occur?

   4849 Lefebvre Way, Antioch, CA 94531

4. a.  What happened and why is the City responsible?
   Please see attached pleading

   b.  Name and position of responsible City Employee(s), if known:

   Please see attached pleading

5. What damage or injury occurred?

   Please see attached pleading

6. Claim amount (only if less than $10,000):
   Please see attached pleading
   If the amount exceeds $10,000, please check the court for appropriate jurisdiction:
   ____ Municipal Court (claims up to $25,000)   X  Superior Court (claims over $25,000)

7. How did you arrive at the amount claimed? Please attach documentation.

   Please see attached pleading

8. I declare under penalty of perjury under the laws of the State of California that the following information is true and correct, and that this declaration was executed on  December 21, 2012 , at  San Francisco                    CA.

   _____
   *Signature of Claimant or Representative*

9. Official Notices and Correspondence
   *If represented by an insurance company or an attorney, please provide the information requested below:*

   Name and Capacity:(*please print*)    The Cartwright Law Firm

   Address:                       222 Front Street, Fifth floor

   City, State, Zip:              San Francisco, California, 94111

ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
DAVID G. YEN, ESQ. (SBN: 234550)
The Cartwright Law Firm, Inc.
222 Front Street, 5th Floor
San Francisco, CA 94111
Phone: (415) 433-0444
Facsimile: (415) 433-0449

Attorneys for Claimants  ANDREA GONZALES


ANDREA GONZALES, THE                )        GOVERNMENT CLAIM
ESTATE OF DENNY GONZALES,           )
                                    )
        Claimants,                  )
                                    )
        vs.                         )
                                    )
CITY OF ANTIOCH (a government       )
entity);  ANTIOCH POLICE            )
DEPARTMENT (a government            )
entity); and DOES 1 through 50,     )
inclusive;                          )
                                    )
        Respondents.                )
                                    )
                                    )
                                    )
                                    )

**Name and Address of Claimant:**

        ANDREA GONZALES and THE ESTATE OF DENNY GONZALES, c/o Robert E.

Cartwright, Jr., Esq. and David G. Yen, Esq.;  The Cartwright Law Firm, Inc.;  222 Front Street,

5th Floor;  San Francisco, CA 94111.  Telephone:  (415) 433-0444. (Claimants may only be

contacted through their counsel, The Cartwright Law Firm, Inc.)

GOVERNMENT CLAIM

<u>Post Office Address for Notices</u>:

     Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.;  The Cartwright Law Firm, Inc.; 222 Front Street, 5th Floor;  San Francisco, CA  94111.

<u>Date, Place, and Other Circumstances of the Occurrence</u>:

     *Date, Time & Place*: This incident occurred at 4849 Lafebvre Way in the City of Antioch, State of California in the afternoon of June 28, 2012.

     *Circumstances*:  On June 28, 2012, Plaintiff decedent Denny Gonzales was shot and killed by members of the Antioch Police Department while outside his residence at 4849 Lafebvre Way.

     *Liability*:  The following government entities are responsible for Claimants' injuries and damages, and are liable to Claimants:  CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT.  These government entities negligently responded to a crisis situation involving Denny Gonzales on June 28, 2012.  These government entities' negligence were the direct and proximate cause of the death of Denny Gonzales, and therefore damages to Claimants.

     Claimants reserve the right to pursue all their claims against these named and unnamed public employees and government entities at common law (where allowed) and under all applicable statutes, both state and federal, including but not limited to Government Code section 815, et seq., all applicable regulations, and in equity.

     CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT, their employees, both named and unnamed, are liable pursuant to, but not limited to, the following: various

GOVERNMENT CLAIM

provisions of the Constitutions of the State of California and the Federal Constitution. CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT, their employees, both named and unnamed, are liable to Claimants for, *inter alia*, negligence, negligence per se, negligent infliction of emotional distress, and wrongful death. CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT are liable under the doctrine of *respondeat superior* and applicable statutes, for all torts committed against the Claimants by any of their employees and agents, named and unnamed.

**Names of witnesses:**

Claimants are not aware of the names of witnesses at this time, other than members of the Antioch Police Department. Discovery and investigation are continuing at this time in order to ascertain the identities of witnesses to this incident.

**General Description of the Injury and Damages Known at this Time:**

Denny Gonzales died as a result of multiple gunshot wounds. As a result of Denny Gonzales' death, Claimants have incurred significant damages. These damages include, but are not limited to, economic and non-economic damages. Claimants' economic damages include, but are not limited to past medical bills and funeral expenses. Claimants' non-economic damages include, but are not limited to general damages for wrongful death which include loss of companionship, society, comfort, care, assistance, protection, love, affection, and support.

**Name(s) of Public Employee(s) Causing the Injury and Damages:**

GOVERNMENT CLAIM

1  Various members of the Antioch Police Department.  Discovery and investigation are

2  continuing.  Claimant reserves the right to amend this Claim if names of employees are

3  discovered.

4

5

6  **Amount Claimed:**

7  Jurisdiction is in Contra Costa County Superior Court, Unlimited Jurisdiction, damages

8  according to proof. Claimant is unable to estimate the amount of damages at this time.

9

10

11  **Name and Address of Representative:**

12  Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.;  The Cartwright Law Firm,

13  Inc.; 222 Front Street, 5th Floor; San Francisco, CA 94111.  Telephone: (415) 433-0444.

14  DATED:  December 21, 2012            THE CARTWRIGHT LAW FIRM, INC.

15

16  By: _____

17  Robert E. Cartwright, Jr., Esq.

18  David G. Yen, Esq.
   *Attorneys for Claimants*

19

20

21

22

23

24

25

26

27

28

29

GOVERNMENT CLAIM

CLAIM PRESENTED TO THE CITY   ANTIOCH

FORM 4.1

*Please read the instructions on the back before completing.*

| | |
|---|---|
| 1. Claimant's Name: *(Please Print)* <br> The Estate of Denny Gonzales <br> Claimant's Address: <br> P.O. Box 3703 <br> City, State, Zip: <br> Antioch, CA 94531 <br><br> Day Phone: (925) 550-7019   Eve: (925) 550-7019 | Reserved for Filing Stamp <br><br><br><br><br> City Claim No.: |

| | |
|---|---|
| 2. When did the damage or injury occur? <br> Month:  June    Day:   28    Year:   2012   Time: | Police Report No.: <br> a.m. or p.m. |

3. At which location did the damage or injury occur?
4849 Lefebvre Way, Antioch, CA 94531

4. a. What happened and why is the City responsible?

Please see attached pleading

   b.   Name and position of responsible City Employee(s), if known:

Please see attached pleading

5. What damage or injury occurred?

Please see attached pleading

6. Claim amount (only if less than $10,000):
Please see attached pleading
If the amount exceeds $10,000, please check the court for appropriate jurisdiction:
_____ Municipal Court (claims up to $25,000)    _X_ Superior Court (claims over $25,000)

7. How did you arrive at the amount claimed?  Please attach documentation.

Please see attached pleading

8. I declare under penalty of perjury under the laws of the State of California that the following information is true and correct, and that this declaration was executed on December 21 , 2012, at San Francisco CA.

_____
Signature of Claimant or Representative

9. Official Notices and Correspondence
*If represented by an insurance company or an attorney, please provide the information requested below:*

Name and Capacity:*(please print)*    The Cartwright Law Firm

Address:    222 Front Street, Fifth floor

City, State, Zip:    San Francisco, California  94111

ROBERT E. CARTWRIGHT, JR., ESQ. (SBN:  104284)
DAVID G. YEN, ESQ. (SBN: 234550)
The Cartwright Law Firm, Inc.
222 Front Street, 5th Floor
San Francisco, CA  94111
Phone:  (415) 433-0444
Facsimile:  (415) 433-0449

Attorneys for Claimants  ANDREA GONZALES

| | | |
|---|---|---|
| ANDREA GONZALES, THE<br>ESTATE OF DENNY GONZALES, | ) | GOVERNMENT CLAIM |
| Claimants, | ) | |
| vs. | ) | |
| CITY OF ANTIOCH (a government<br>entity);  ANTIOCH POLICE<br>DEPARTMENT (a government<br>entity); and DOES 1 through 50,<br>inclusive; | ) | |
| Respondents. | ) | |

<u>Name and Address of Claimant</u>:

ANDREA GONZALES and THE ESTATE OF DENNY GONZALES, c/o Robert E.

Cartwright, Jr., Esq. and David G. Yen, Esq.;  The Cartwright Law Firm, Inc.;  222 Front Street,

5th Floor;  San Francisco, CA  94111.  Telephone:  (415) 433-0444. (Claimants may only be

contacted through their counsel, The Cartwright Law Firm, Inc.)

<u>Post Office Address for Notices</u>:

Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.; The Cartwright Law Firm, Inc.; 222 Front Street, 5th Floor; San Francisco, CA 94111.

<u>Date, Place, and Other Circumstances of the Occurrence</u>:

*Date, Time & Place*: This incident occurred at 4849 Lafebvre Way in the City of Antioch, State of California in the afternoon of June 28, 2012.

*Circumstances*: On June 28, 2012, Plaintiff decedent Denny Gonzales was shot and killed by members of the Antioch Police Department while outside his residence at 4849 Lafebvre Way.

*Liability*: The following government entities are responsible for Claimants' injuries and damages, and are liable to Claimants:  CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT.  These government entities negligently responded to a crisis situation involving Denny Gonzales on June 28, 2012.  These government entities' negligence were the direct and proximate cause of the death of Denny Gonzales, and therefore damages to Claimants.

Claimants reserve the right to pursue all their claims against these named and unnamed public employees and government entities at common law (where allowed) and under all applicable statutes, both state and federal, including but not limited to Government Code section 815, et seq., all applicable regulations, and in equity.

CITY OF ANTIOCH and ANTIOCH POLICE DEPARTMENT, their employees, both named and unnamed, are liable pursuant to, but not limited to, the following: various

GOVERNMENT CLAIM

Various members of the Antioch Police Department. Discovery and investigation are continuing. Claimant reserves the right to amend this Claim if names of employees are discovered.

**Amount Claimed:**

Jurisdiction is in Contra Costa County Superior Court, Unlimited Jurisdiction, damages according to proof. Claimant is unable to estimate the amount of damages at this time.

**Name and Address of Representative:**

Robert E. Cartwright, Jr., Esq. and David G. Yen, Esq.; The Cartwright Law Firm, Inc.; 222 Front Street, 5th Floor; San Francisco, CA 94111. Telephone: (415) 433-0444.

DATED: December 21, 2012                THE CARTWRIGHT LAW FIRM, INC.

By: _____
    Robert E. Cartwright, Jr., Esq.
    David G. Yen, Esq.
    *Attorneys for Claimants*

GOVERNMENT CLAIM

# EXHIBIT B



Municipal Pooling Authority of Northern California

February 28, 2013

Robert E. Cartwright Jr. Esq.
David G Yen Esq.
The Cartwright Law Firm Inc
222 Front Street 5th Floor
San Francisco, CA 94111

RE:   YOUR CLIENT:       Andrea Gonzales and the Estate of Denny Gonzalez
      OUR PRINCIPAL:     City of Antioch and Antioch Police Dept
      DATE OF INCIDENT:  06/28/2012
      CLAIM NO:          GL-010755

Dear Mr. Cartwright and Mr. Yen:

The City of Antioch is self-insured and this agency administers its self-insured program. The claim you filed on behalf of your clients, Andrea Gonzales and the Estate of Denny Gonzales, has been assigned to me for investigation. Please address all future correspondence to my attention.

The Coroner's Inquest jury ruled that Denny Gonzales died by suicide. Since the City of Antioch can only honor claims for which it has legal liability, you can expect to receive a Notice of Rejection of your claim directly from the City of Antioch in the near future.

Sincerely,

Anthony S. Allenza
Liability Claims Adjuster

cc: Lynn Tracy Nerland, City of Antioch