UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GONZALES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ANTIOCH,<br><br>Defendant. | Case No. 14-cv-04728-KAW   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: March 19, 2015<br>ENE Evaluator: William Goodman |

IT IS HEREBY ORDERED that the request to excuse plaintiff Andrea Gonzales from appearing in person at the March 19, 2015, ENE before William Goodman is DENIED.

**IT IS SO ORDERED**.

Dated: March 12, 2015

Maria-Elena James
United States Magistrate Judge