UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GONZALES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF ANTIOCH,<br><br>    Defendant. | Case No. 14-cv-04728-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 21 |

Defendant's motion to appear telephonically at the case management conference scheduled for April 21, 2015 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

Counsel is advised that any future requests to appear telephonically shall be made by motion, not in a case management conference statement.

IT IS SO ORDERED.

Dated: 04/17/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge