1   ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
2   DAVID G. YEN, ESQ. (SBN: 234550)
    The Cartwright Law Firm, Inc.
3   222 Front Street, 5th Floor
    San Francisco, CA  94111
4   Phone:  (415) 433-0444
    Facsimile: (415) 433-0449
5
6   Attorneys for Plaintiffs Andrea Gonzales, The Estate of Denny Gonzales, and Michelle
    Mayers, as Guardian Ad Litem for Sakarie Denni-Nishele Gonzales

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  ANDREA GONZALES, THE              )    Case No.  C14-04728 KAW
    ESTATE OF DENNY GONZALES,         )
12  MICHELLE MAYERS, as Guardian      )    **STIPULATION AND [PROPOSED]**
13  Ad Litem for SAKARIE DENNI-       )    **ORDER REGARDING EXTENSION OF**
    NISHELE GONZALES,                 )    **THE LAST DAY TO AMEND**
14                                    )    **PLEADINGS**
15          Plaintiffs,               )
                                      )    Hon. Kandis A. Westmore
16          vs.                       )
                                      )
17  CITY OF ANTIOCH; and DOES 1       )
18  through 50, inclusive;            )
                                      )
19          Defendants.               )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )

23          THE PARTIES HEREBY STIPULATE AS FOLLOWS:

24
        1. Wherefore at the Case Management Conference on April 21, 2015, the Court set May 15,
25
26         2015 as the last day to amend pleadings.

27      2. Wherefore Plaintiff's counsel has for the last six months been trying to get a hold of an
28
           heir to the decedent Denny Gonzales. This individual's name is Didra Barnes and she is a
29

    **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF THE LAST DAY TO**
    **AMEND PLEADINGS**

daughter to Denny Gonzales. Plaintiff's counsel only recently learned her last name and was able to locate her through a private investigator.

3. Wherefore Didra Barnes is a necessary party to this action by virtue of her relationship to Denny Gonzales.

4. Wherefore Didra Barnes has indicated to Plaintiff's counsel that she may not wish to be a plaintiff in this action for personal reasons. She has yet to make a final decision and has informed counsel that she will within a few weeks.

5. Wherefore in the event that Didra Barnes elects not to be included as a plaintiff in the action, Plaintiff will then need to make a simple amendment of the Complaint to name her as a nominal defendant and then serve her.

The parties therefore request that the Court extend the deadline to amend pleadings in this matter to June 5, 2015. Plaintiff represents that this extension will only apply for the limited purpose of amending the Complaint to add Didra Barnes as a nominal defendant.

For purposes of this stipulation, facsimile signatures will be deemed originals.

IT IS SO STIPULATED.


Dated:  May 15, 2015                THE CARTWRIGHT LAW FIRM, INC.


By:  /s/ David G. Yen
_____
Robert E. Cartwright, Jr., Esq.
David G. Yen, Esq.
*Attorneys for Plaintiffs*


**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF THE LAST DAY TO AMEND PLEADINGS**

Dated: May 15, 2015

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:   /s/ Noah G. Blechman

———————————————————————
Noah G. Blechman, Esq.
*Attorneys for Defendant City of Antioch*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**GRANTED**

*Kandis Westmore*

Judge Kandis Westmore

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF THE LAST DAY TO AMEND PLEADINGS**