JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GONZALES, THE ESTATE OF DENNY GONZALES, MICHELLE MAYERS, as Guardian Ad Litem for SAKARIE DENNI-NISHELE GONZALES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH; and DOES 1 through 50, inclusive;,<br><br>Defendants. | Case No. C14-04728 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL CONFERENCE DATE TO ONE WEEK EARLIER** |

The parties, by and through their respective attorneys of record, hereby stipulate and jointly request an order from the Court to move the Pre-Trial Conference ("PTC") set per Order (ECF Doc. 15) from December 29, 2015, up one week earlier to December 22, 2015, per the good cause reasons stated in detail below.

WHEREAS the current PTC falls on December 29th, several days after the Christmas holidays and also on the actual birthday of Mr. Blechman, lead trial counsel for the Defendant. Mr. Blechman is now anticipated to be off and out of town the last week of the year, the week of December 28th.

WHEREAS the parties also anticipate that there may be a need for pretrial filings and work based upon the current December 29th PTC date and want to avoid any such work, if

possible, over the holidays.

AS SUCH, the parties respectfully request that the Court move the current PTC date set for December 29th to December 22nd. No other relevant deadlines are affected by this one week change, including no change to the January 2016 trial date.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 13, 2015     THE CARTWRIGHT LAW FIRM, INC.

By: /s/ David G. Yen
Robert E. Cartwright, Jr.
David G. Yen
Attorneys for Plaintiffs
ANDREA GONZALES, THE ESTATE OF DENNY GONZALES, MICHELLE MAYERS, as Guardian Ad Litem for SAKARIE DENNI-NISHELE GONZALES

Dated: July 13, 2015     MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Noah G. Blechman
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant CITY OF ANTIOCH

### ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Pre-Trial Conference currently set for December 29, 2015, is hereby moved to December 22, 2015, at 3:00 P.M. Given that the parties wish to advance the pretrial conference date by seven days, the deadlines for all other pretrial filings, *see* Dkt. No. 15, are also advanced by seven days.

IT IS SO ORDERED

Dated: July 17, 2015

_____
Hon. Kandis A. Westmore
United States Magistrate Judge