JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GONZALES, THE ESTATE OF DENNY GONZALES, MICHELLE MAYERS, as Guardian Ad Litem for SAKARIE DENNI-NISHELE GONZALES,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF ANTIOCH; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. C14-04728 KAW<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:　September 8, 2015<br>Time:　1:30 p.m.<br>Dept:　Ctrm. 4, 3rd Floor (Oakland Branch)<br>Judge:　Hon. Kandis A. Westmore<br><br>Trial Date: January 11, 2016 |

The parties in this matter hereby provide the following *Updated* Joint Case Management Conference Statement.

## I. JOINT STATEMENT

At the Case Management Conference (CMC) on January 20, 2015, the Court set the trial and pretrial dates, as well as the discovery schedule in this matter (ECF Doc. 15). Trial is set for January 11, 2016, and the Pretrial Conference was moved to a week earlier, now slated for December 22, 2015. The deadline to file any dispositive motions is coming up on September 10th, and the hearing date will be October 15th. The parties filed a stipulation to allow an additional 5 pages for the key briefs on that motion, an issue that is still pending.

Since the last CMC in April, the parties have taken additional depositions in this case. Fact discovery is now closed. Per agreement, Plaintiffs' responses to final written discovery are due today to Defendant, September 1st. The parties will be disclosing experts today as well. Currently the parties have a deadline to complete expert discovery by September 21st. However, the parties wish to request that the Court allow the parties until October 23rd to complete expert discovery in this case.

## II. PLAINTIFFS' ADDITIONAL STATEMENT

### A. Plaintiffs' Position

Plaintiffs will be requesting that the Court amend its scheduling order to allow Plaintiffs to file a Third Amended Complaint. The reasons are as follows: 1) Plaintiffs wish to remove a couple of sentences from the body of the Complaint that are no longer supported by the evidence. 2) Plaintiffs wish to doe in the names of the individual officers whose actions resulted in Decedent's death. Plaintiff believes these amendments are appropriate and necessary, and in the interest of justice, and result in no prejudice to the Defendant. Plaintiff will bring a copy of the proposed Third Amended Complaint to the hearing.

### B. Defendant's Position

Defendant vehemently opposes the filing of any new amendments to the operative Second Amended Complaint (SAC), or the naming of any Doe Defendants at this late juncture, only days before the deadline to file dispositive motions. Previously in this matter, at the April 21, 2015, Case Management Conference, the Court ordered that the last day to amend the pleadings was May 15, 2015. Per two stipulations and orders (ECF 28 and 30), Plaintiffs were allowed to file a SAC to solely to add in the nominal Defendant Didre Barnes by June 5th. Plaintiffs then filed the SAC on June 25th as part of the Stipulation and Order (ECF 30) and, per a request from Defendant's counsel, then as a stand alone document on July 17th (ECF 32).

As additional background, Plaintiff Andrea Gonzales (Plaintiff Gonzales) initially filed this case versus the City of Antioch in Contra Costa County Superior Court (CCCSC) on July 29, 2013. On September 19, 2014, after obtaining leave of Court, Plaintiff Gonzales filed a First Amended Complaint in CCCSC, adding in federal claims as well as adding Plaintiff Sakarie

Gonzales (daughter of Decedent). On October 24, 2014, Defendant City removed this action to federal court. (ECF 1). On October 30, 2014, Defendant City filed an answer to the First Amended Complaint. (ECF 5). Defendant strongly opposes any request for leave to file any further amendments at this very late juncture and Plaintiffs have not demonstrated any good cause or substantial justification for allowing leave at this point. Defendant reserves the right to supplement these points with additional points and arguments, and/or brief the issue, if need be.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Respectfully submitted by the undersigned.

Dated: September 1, 2015            THE CARTWRIGHT LAW FIRM, INC.


By:  /s/ David G. Yen
    Robert E. Cartwright, Jr.
    David G. Yen
    Attorneys for Plaintiffs
    ANDREA GONZALES, THE ESTATE OF DENNY GONZALES, MICHELLE MAYERS, as Guardian Ad Litem for SAKARIE DENNI-NISHELE GONZALES

Dated: September 1, 2015            MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP


By:  /s/ Noah G. Blechman
    James V. Fitzgerald, III
    Noah G. Blechman
    Attorneys for Defendant
    CITY OF ANTIOCH