United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GONZALES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF ANTIOCH,<br><br>    Defendant. | Case No. 14-cv-04728-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 39 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiff's Opposition to Defendant's Motion for Summary Judgment was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐ consists of a stack of loose paper wrapped with a rubber band;

☒ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒ has no tabs for exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐ is not usable for another reason –

1  The paper used for the above-described chambers copy has been recycled by the court.
2  Plaintiff shall submit a chambers copy in a format that is usable by the court no later than
3  September 30, 2015.
4  IT IS SO ORDERED.
5  Dated: 09/25/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge